Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
J. Chase Covello, Esq. (State Bar No. 280245)
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:  (310) 286-0488
Email:  ghecker@hh.com
        jslominski@hh.com
        ccovello@hh.com

Attorneys for Plaintiff
RGB Systems, Inc.

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RGB SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRESTRON ELECTRONICS, INC.; and DOES 1-10, <br><br> Defendants. | Civil Action No. 8:14-CV-00922 <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, RGB Systems, Inc. (dba Extron Electronics, hereinafter "RGB"), by and through its undersigned counsel, brings this action against Defendants Crestron Electronics, Inc. ("Crestron") and Does 1-10 and complains and alleges upon information and belief as follows:

**JURISDICTION AND VENUE**

1. This is an action under 35 U.S.C. § 271 for infringement of United States Patent No. 8,740,127 entitled "Cable Retractor" (the '127 patent).

2. This Court has jurisdiction pursuant to 28 U.S.C. §1338(a) et. seq.

3. Venue is proper pursuant to 28 U.S.C. §§ 1391(a)-(d).

1

# THE PARTIES

4. RGB is a California Corporation in good standing with its principal place of business at 1025 East Ball Road, Anaheim, California in the County of Orange.

5. Crestron is a New Jersey Corporation with its principal place of business at 15 Volvo Drive, Rockleigh, New Jersey, and doing systematic and continuous business in this judicial district.

6. Defendants Does 1-10 are currently unknown to RGB. RGB will amend this Complaint to assert their true names and capacities when ascertained.

7. Defendants, and each of them, are, and at all terms herein were, the alter ego, principal, agent, employee, employer, partner, joint venturer, and/or otherwise affiliated with one another so as to be liable in such capacity for the acts and injuries alleged herein.

# FIRST CAUSE OF ACTION
# PATENT INFRINGEMENT

8. RGB incorporates by reference paragraphs 1-7 as though fully set forth herein.

9. On June 3, 2014, the '127 patent was issued to RGB.

10. RGB is, and at all times mentioned herein was, the sole owner of the '127 patent.

11. Defendants, and each of them, are manufacturers, suppliers, and/or distributors of products including, but not limited to, "Cable Retractor for FlipTops" models CBLR-HD, CBLR-VGA, CBLR-AUDIO, CBLR-USB, and CBLR-CAT5E that are covered by one or more claims of the '127 patent.

12. Defendants, and each of them, have infringed and continue to infringe the '127 patent by making, having made, offering for sale, selling, importing, and/or using the aforementioned electronic products.

**DEMAND FOR RELIEF:**

Wherefore, RGB asks this Court to:

a. Enter judgment in favor of RGB;

b. Award RGB damages according to proof;

c. Award RGB its reasonable attorney's fees and costs;

d. Enter preliminary and permanent injunctions; and

e. Award such other and further relief as is just and proper.

Respectfully submitted,

Dated: June 13, 2014   **THE HECKER LAW GROUP, PLC**

By: /s/ Gary A. Hecker
Gary A. Hecker, Esq.
James M. Slominski, Esq.
J. Chase Covello, Esq.

Attorneys for Plaintiff
RGB Systems, Inc.

THE HECKER LAW GROUP
1925 Century Park East, Suite 2300
Los Angeles, California 90067

**DEMAND FOR TRIAL BY JURY:**

Pursuant to FRCP 38, Plaintiff hereby demands a trial by jury.

Respectfully submitted,

Dated: June 13, 2014         **THE HECKER LAW GROUP, PLC**


By: /s/ Gary A. Hecker
Gary A. Hecker, Esq.
James M. Slominski, Esq.
J. Chase Covello, Esq.

Attorneys for Plaintiff
RGB Systems, Inc.

THE HECKER LAW GROUP
1925 Century Park East, Suite 2300
Los Angeles, California 90067