LISA I. DAMJI (SBN 204764)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: ldamji@bakerlaw.com

WILLIAM C. BERGMANN
*(Admitted pro hac vice)*
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036-5304
Telephone: 202.861.1500
Facsimile: 202.861.1783
Email: wbergmann@bakerlaw.com

Attorneys for Defendant and Counterclaimant
CRESTRON ELECTRONICS, INC.

GARY A. HECKER (SBN 099008)
JAMES M. SLOMINSKI (SBN 166357)
THE HECKER LAW GROUP, PLC
1925 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310.286.0377
Facsimile: 310.286.0488
Email: ghecker@hh.com
       jslominski@hh.com

Attorneys for Plaintiff and Counterdefendant RGB SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RGB SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRESTRON ELECTRONICS, INC. and DOES 1-10, <br><br> Defendants. <br><hr> CRESTRON ELECTRONICS, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> RGB SYSTEMS, INC., <br><br> Counter-Defendant. | Case No.: **SACV 14-00922 JLS (RNBx)** <br><br> **ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION** <br><br> Case Filed: June 13, 2014 <br> Trial Date: None Set <br><br> Hon. Judge Josephine L. Staton <br> Hon. Magistrate Judge Robert N. Block |

1 | The Court having considered the STIPULATION FOR DISMISSAL OF
2 | ENTIRE ACTION of the parties pursuant to their Settlement Agreement and for
3 | good cause shown, IT IS HEREBY ORDERED that pursuant to FRCP
4 | 41(a)(1)(A)(ii) and (c):
5 |     1.    This entire action is dismissed with prejudice;
6 |     2.    To the extent the Settlement Agreement does not provide otherwise,
7 | each party is to bear its own attorney's fees and costs; and
8 |     3.    The Court shall retain jurisdiction to enforce the terms of the
9 | Settlement Agreement and, if necessary, to set aside this Order for that purpose.

DATED: January 12, 2015

_____JOSEPHINE L. STATON_____
Honorable Josephine L. Staton
United States District Judge, Presiding